UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRUCE O. SCARBROUGH,

        Plaintiff,                            Case No. 1:14-cv-13896

v                                              Honorable Thomas L. Ludington

MARY JANE M. ELLIOTT, PC,

        Defendant.

_____

BRUCE O. SCARBROUGH,

        Plaintiff,                            Case No. 1:14-cv-14044

v                                              Honorable Thomas L. Ludington

NATIONWIDE CREDIT, INC.,

        Defendant.
_____/

**ORDER VACATING THE ORDER TO CONSOLIDATE CASES,
GRANTING JOINT MOTION TO DISMISS DEFENDANT MARY JANE ELLIOTT PC,
RE-OPENING CASE NUMBER 1:14-CV-14044, AND
DIRECTING THE CLERK TO COPY DOCKET ENTRIES**

      On October 8, 2014, Plaintiff Bruce Scarbrough filed suit against Defendant Mary Jane Elliott, P.C., asserting that Mary Jane Elliott, P.C. had violated the Federal Debt Collection Practices Act, 15 U.S.C. § 1692g(a). On November 4, 2014, United States Magistrate Judge Patricia Morris consolidated the case against Mary Jane Elliott, P.C. (14-13896) with Plaintiff's case against Defendant Nationwide Credit (14-14044) pursuant to Federal Rule of Civil Procedure 42(a). Both cases then proceeded under case number 14-13896, as provided by Eastern District of Michigan Local Rule 42.1(c).

On December 11, 2014, Plaintiff and Defendant Mary Jane Elliott, P.C. filed a joint motion to dismiss Plaintiff's complaint against Defendant Mary Jane Elliott, P.C. only.

In light of Defendant Mary Jane Elliott, P.C.'s proposed dismissal, consolidation of the cases is no longer appropriate. Judicial resources would be better preserved by vacating the earlier order to consolidate the cases, and no issues of prejudice or confusion would arise by separating the cases.

Accordingly, it is **ORDERED** that the November 4, 2014 Order to Consolidate (ECF No. 7) is **VACATED**.

It is further **ORDERED** that Plaintiff Bruce Scarbrough and Defendant Mary Jane M. Elliot P.C.'s Joint Motion to Dismiss as to Mary Jane M. Elliott, PC Only (ECF No. 17) is **GRANTED**.

It is further **ORDERED** that Bruce Scarbrough's Complaint (ECF No. 1) and all claims in case number 14-13896 are **DISMISSED WITH PREJUDICE** as to Defendant Mary Jane M. Elliot, PC only.

It is further **ORDERED** that case number 1:14-cv-14044 is **REOPENED**.

It is further **ORDERED** that the clerk is **DIRECTED TO COPY** the following docket entries onto the docket of case 1:14-14044: ECF Nos. 9-16, 18, and 19.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: December 31, 2014

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 31, 2014.

s/Tracy A. Jacobs  
TRACY A. JACOBS